UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Kathalina Habeck, | ) | Court File No. 13-CV-00369 ADM/FLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| Southwest Credit Systems, L.P., d/b/a | ) | |
| Southwest Credit, a foreign limited | ) | |
| partnership, | ) | |
| | ) | |
| Defendant. | ) | |

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by plaintiff is hereby dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits my be entered in the above-entitled action pursuant hereto.

-2-

Dated:  May 1, 2013.

        MARSO AND MICHELSON, P.A.


        By:   s/Patrick L. Hayes
            Patrick L. Hayes    Reg. No. 389869
            William C. Michelson    Reg. No. 129823
            3101 Irving Avenue South
            Minneapolis, MN  55408
            Telephone:  612-821-4817
            phayes@marsomichelson.com
            bmichelson@marsomichelson.com

        ATTORNEYS FOR PLAINTIFF


Dated:  May 2, 2013.

        HINSHAW & CULBERTSON LLP


        By:   s/Michael T. Berger
            Michael T. Berger    Reg. No. 350679
            333 South Seventh Street, Suite 2000
            Minneapolis, MN  55402
            Telephone:  612-333-3434
            Fax:  612-334-8888
            mberger@hinshawlaw.com

        ATTORNEYS FOR DEFENDANT

121565122v1  0944484